**No. 11-119. Libertarian Party of New Hampshire, et al., Petitioners v. William M. Gardner, Secretary of State of New Hampshire.**

565 U.S. 943, 132 S. Ct. 402, 181 L. Ed. 2d 258, 2011 U.S. LEXIS 7254.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 638 F.3d 6.

**No. 11-123. Accumarine Transportation, LP, Petitioner v. Regions Equipment Finance Corporation.**

565 U.S. 943, 132 S. Ct. 402, 181 L. Ed. 2d 258, 2011 U.S. LEXIS 7439.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 640 F.3d 124.

**No. 11-125. Cynthia Holmes, Petitioner v. East Cooper Community Hospital, Inc., et al.**

565 U.S. 943, 132 S. Ct. 402, 181 L. Ed. 2d 258, 2011 U.S. LEXIS 7427,

October 11, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

**No. 11-126. Bethany Myers, Petitioner v. Arkansas Department of Human Services; Miriam Kravitz, et vir, Petitioners v. Arkansas Department of Human Services; Carlos Parrish, et ux., Petitioners v. Arkansas Department of Human Services; Alphonso**

**Reid, Petitioner v. Arkansas Department of Human Services; and Greg Seago, Petitioner v. Arkansas Department of Human Services.**

565 U.S. 943, 132 S. Ct. 403, 181 L. Ed. 2d 258, 2011 U.S. LEXIS 7410.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2011 Ark. 182, 380 S.W.3d 906 (first judgment); 2011 Ark. 185, 380 S.W.3d 927 (second judgment); 2011 Ark. 179 (third judgment); 2011 Ark. 187, 380 S.W.3d 918 (fourth judgment); and 2011 Ark. 184, 380 S.W.3d 894 (fifth judgment).

**No. 11-132. Balbir Sohal, Petitioner v. Darrell and Jane Smith Family Partnership, et al.**

565 U.S. 943, 132 S. Ct. 403, 181 L. Ed. 2d 258, 2011 U.S. LEXIS 7276.

October 11, 2011. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 11-147. Keith A. Nordgulen, Petitioner v. American Family Mutual Insurance, et al.**

565 U.S. 943, 132 S. Ct. 404, 181 L. Ed. 2d 258, 2011 U.S. LEXIS 7298.

October 11, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.

Same case below, 330 Wis. 2d 835, 794 N.W.2d 928.